United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3997
_____

United States of America,         *
         *
         Appellee,       *
         *      Appeal from the United States
    v.         *      District Court for the
         *      Western District of Missouri.
James W. Hollowell,      *        [UNPUBLISHED]
         *
         Appellant.      *

_____

Submitted:  March 4, 1998

Filed:   March 10, 1998
_____

Before WOLLMAN, BRIGHT, and HANSEN, Circuit Judges.
_____

PER CURIAM.

James W. Hollowell, a federal prisoner at the United States Medical Center for Federal Prisoners at Springfield (USMCFP), appeals the district court's[1] 18 U.S.C. § 4245 order.  Having carefully reviewed the record, we conclude that the district court did not err in committing Hollowell to the custody of the Attorney General, as both the USMCFP staff psychiatrist and an independent psychologist opined that Hollowell

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

suffers from a mental disease or defect and is in need of custody for care or treatment in a suitable facility. <u>See</u> 18 U.S.C. § 4245(d); <u>United States v. Steil</u>, 916 F.2d 485, 487 (8th Cir. 1990) (standard of review).

Therefore, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.